**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea B Twitchell, | No. CV-16-00493-TUC-DCB |
|         Plaintiff, | **ORDER** |
| v. | |
| Allied Pilots Association, | |
|         Defendant. | |

Having received and reviewed Plaintiff's Motion for Subpoena to Depose Ed Sicher and finding good cause,

**IT IS ORDERED** that Plaintiff's Motion for Subpoena (Doc. 91) is GRANTED.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall issue the subpoena to depose Ed Sicher and mail a copy of it to the Plaintiff for service.

Dated this 24th day of October, 2018.

Honorable David C. Bury
United States District Judge