WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Andrea B Twitchell, | No. CV-16-00493-TUC-DCB |
| Plaintiff, | **ORDER** |
| v. | |
| Allied Pilots Association, | |
| Defendant. | |

The Court finding good cause to refer this matter to a settlement conference,

**IT IS ORDERED** that this matter is set for a SETTLEMENT CONFERENCE before the Honorable Bruce G. Macdonald on Tuesday, March 12, 2019, at 9:30 am.

**IT IS FURTHER ORDERED** that the parties shall personally attend the settlement conference or have a representative, having settlement authority present for purposes of the settlement conference.

**IT IS FURTHER ORDERED** that all further directives related to the settlement conference shall be provided by the Magistrate Judge.

Dated this 5th day of February, 2019.

Honorable David C. Bury
United States District Judge